UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 13 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| BARRETT BUSINESS SERVICES, INC., <br><br> Plaintiff - Appellant, <br><br> v. <br><br> CHARLES COLMENERO; et al., <br><br> Defendants - Appellees. | No. 24-770 <br><br> D.C. No. 1:22-cv-03122-TOR <br><br> Eastern District of Washington, Yakima <br><br> MANDATE |
| BARRETT BUSINESS SERVICES, INC., <br><br> Plaintiff - Appellant, <br><br> v. <br><br> CHARLES COLMENERO, and the marital community comprised thereof; et al., <br><br> Defendants - Appellees, <br><br> and <br><br> COLMENERO, Jane Doe, First Name Unknown, and the marital community comprised thereof and ALEJO, Jane Doe, First Name Unknown, and the marital community comprised thereof, <br><br> Defendants. | No. 24-4474 <br><br> D.C. No. 1:22-cv-03122-TOR <br><br> Eastern District of Washington, Yakima |

The judgment of this Court, entered July 22, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT